SO ORDERED.

SIGNED this 5 day of December, 2018.

_____
**Joseph N. Callaway**
**United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## GREENVILLE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. |
| DANIEL ACOSTA | 18-04905-5-JNC |
| | CHAPTER 7 |
| DEBTOR | |

### ORDER DISMISSING SHOW CAUSE

This matter is before the court on the Order to Appear and Show Cause for Failure to Attend 341 Meeting of Creditors, issued on November 20, 2018 (D.E. 13) (the "Show Cause Order").  A hearing was noticed for and held on December 5, 2018 in Greenville, North Carolina. The debtor did not attend the hearing.  Mr. Allen C. Brown, counsel for the debtor, did appear at the hearing.

Mr. Brown represented at the hearing that the debtor has not been in contact with him for some time. Mr. Brown has not been able to locate Mr. Acosta since the missed Section 341 Meeting. Debtor's counsel requested at the hearing that the court issue a date for a second 341 Meeting, due to the communication issues between counsel and client.  The court will grant that request with the condition that should Mr. Acosta fail to appear again, absent a recorded valid excuse such as a medical matter, the case will be dismissed.

Accordingly, the Show Cause Order is **DISMISSED** subject to condition. A new 341 Meeting of Creditors in this case is set and noticed for on **January 3, 2019, at 9:30AM in the 341 Meeting Room, 150 Reade Circle, Greenville, North Carolina.**  Mr. Acosta is directed to appear at that hearing. Should he fail to attend the re-scheduled 341 Meeting without being excused in advance, this chapter 7 case shall be dismissed without further notice or hearing.

### END OF DOCUMENT